```
KAYE SCHOLER LLP
PAMELA J. YATES, Bar Number 137440
PAUL GELB, Bar Number 214439
BETSY L. KATZ, Bar Number 229194
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200
```

*E-FILED 6/2/05*

Attorneys for Defendants
PFIZER INC., PHARMACIA & UPJOHN LLC
and GREENSTONE LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CHARNOFSKY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WYETH, et al.,<br><br>　　　　　Defendants. | CASE NO. C 04-02864 RS<br><br>[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>[Civil L.R. 3-12(b), 7-11] |

The Court has considered Defendants' Administrative Motion to Consider Whether Cases Should be Related, and has reviewed the papers submitted with the Administrative Motion.

*Shiohira v. Wyeth Pharmaceuticals, Inc., et al.,* 3:05-cv-01642-TEH, *Bacha v. Wyeth Pharmaceuticals, Inc., et al.,* 4:05-cv-01942-CW and *Cologgi, et al. v. Wyeth Pharmaceuticals, Inc., et al.,* 3:05-cv-01941-JSW are related to this case as defined by Civil L.R. 3-12(a). The Clerk of Court is ordered to reassign these cases to United States Magistrate Judge Richard Seeborg. Counsel are instructed that all future filings are to bear the initials RS immediately after the case number. All matters presently scheduled for hearing in the reassigned case are vacated and must be renoticed for hearing before Judge Seeborg.

IT IS SO ORDERED.

Dated: June 2, 2005

/s/ Richard Seeborg
_____
HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )ss
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Kaye Scholer LLP, 1999 Avenue of the Stars, Suite 1700, Los Angeles, California 90067-6048.

On **June 1, 2005**, I served the foregoing document described as **PROPOSED ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Counsel for Plaintiff**
Gary M. Paul, Esq.
Michael B. Gurien, Esq.
PAUL & JANOFSKY
A Professional Corporation
1401 Ocean Avenue, Suite 300
Santa Monica, CA 90401-2103

**Local Counsel for Wyeth**
Stuart Gordon, Esq.
Fletcher Alford, Esq.
GORDON & REES, LLP
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111

**Local Counsel for Barr Pharmaceuticals, Inc.**
Donald F. Zimmer, Jr., Esq.
Michael P. Pulliam, Esq.
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235

__X__ **(BY MAIL)** In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 1, 2005**, at Los Angeles, California.

____CATHY LANCE____          _____/s/ Cathy Lance_____
Name                              Signature